IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**COWBOYS FOR TRUMP, LLC,**
**KARYN K. GRIFFIN, form LLC**
**member Cowboys for Trump and in her**
**individual capacity, COUY GRIFFIN**
**as an LLC Member and in his individual**
**capacity,**

      **Plaintiffs,**

v.                                              **Case No: 2:20-cv-00587-GJF/SMV**

**MAGGIE TOULOUSE OLIVER, in her**
**official capacity as Secretary of State of**
**New Mexico,**

      **Defendant.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th of October 2020, Plaintiff's Rule 26(a)(1) Initial Disclosures, along with a copy of this Certificate of Service, were served on Plaintiff, Maggie Toulouse Oliver, c/o Neil Bell and Amye Green, via e-mails (nbell@nmag.gov and agreen@nmag.gov).

I further certify that the foregoing document was filed via CM/ECF, which caused all counsel of record to be served by electronic means.

                                               Respectfully submitted,

                                    By: */s/ Jordy L. Stern*
                                        Jordy L. Stern
                                        Colin L. Hunter
                                        1905 Wyoming Blvd. NE
                                        Albuquerque, NM 87112
                                        Tel: (505) 275-3200
                                        Fax: (505) 275-3837

2

info@theblf.com

*Counsel for Plaintiff Cowboys For Trump, LLC*

2