UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

COWBOYS FOR TRUMP, INC., et al.,

    Plaintiffs,

v.                                                             Civ. No. 20-587 GJF/SMV

MAGGIE TOULOUSE OLIVER,
in her official capacity as Secretary of State
of New Mexico,

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*. On September 22, 2020, Defendant filed a Motion for Judgment on the Pleadings [ECF 14], seeking dismissal of Plaintiffs' Complaint under Federal Rule of Civil Procedure 12(c). Plaintiffs were required to respond to this Motion no later than October 6, 2020.[1] Plaintiffs, however, have failed to file any such response, ask the Court for an extension, or otherwise explain why such a response was not filed.

**IT IS THEREFORE ORDERED** that, no later than **5:00 p.m. (MDT) on October 19, 2020**, Plaintiffs shall show cause in writing as to why their "failure to . . . file and serve a response . . . within the time prescribed . . . [should not] constitute[] consent to grant the motion." D.N.M.LR-Civ. 7.1(b).

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*

---

[1] "A response must be served and filed within fourteen (14) calendar days after service of" a motion. D.N.M.L.R.-Civ 7.4.