IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**COWBOYS FOR TRUMP, LLC,**
**KARYN K. GRIFFIN, form LLC**
**member Cowboys for Trump and in her**
**individual capacity, COUY GRIFFIN**
**as an LLC Member and in his individual**
**capacity,**

       **Plaintiffs,**

v.　　　　　　　　　　　　　　　　　　Case No: 2:20-cv-00587-GJF/SMV

**MAGGIE TOULOUSE OLIVER, in her**
**official capacity as Secretary of State of**
**New Mexico,**

       **Defendant.**

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE [ECF 18]**

Plaintiff, Cowboys For Trump, LLC, hereby responds to the Court's Order to Show Cause concerning the response due to the Defendant's Motion for Judgment on the Pleadings [ECF 14]. Starting on October 1, 2020, Plaintiff's counsel, Colin L. Hunter, was to be out of the office for some period of time. On October 6, 2020, Plaintiff's co-counsel, Jordy L. Stern, communicated with Defendant's counsel regarding a fifteen-day extension of time to respond to the Motion for Judgment on the Pleadings. Please see Exhibit A attached. Defendant's counsel did not oppose the extension. Undersigned counsel, however, erred by not taking the additional step of seeking the Court's approval for the fifteen-day extension. Prior to October 16, 2020, the Court had not entered a scheduling order. The new due date, October 21, 2020, will not disturb the dates in the Court's Scheduling Order. No prejudice inures to the Defendant for this extension.

1

WHEREFORE, Plaintiff requests the Court permit Plaintiff to file the Response on or before October 21, 2020. Plaintiff submits with this Response a proposed Order extending the deadline to October 21, 2020.

        Respectfully submitted,

    By: */s/ Jordy L. Stern*
       Jordy L. Stern
       Colin L. Hunter
       1905 Wyoming Blvd. NE
       Albuquerque, NM 87112
       Tel: (505) 275-3200
       Fax: (505) 275-3837
       jordy@theblf.com
       colin@theblf.com

*Counsel for Plaintiff Cowboys For Trump, LLC*

 **Gmail**  Jordy Stern &lt;jordy@theblf.com&gt;

## Cowboys for Trump v. Oliver, No. 20-cv-0587

**Bell, Neil** &lt;nbell@nmag.gov&gt;  Tue, Oct 6, 2020 at 10:56 AM
To: Jordy Stern &lt;jordy@theblf.com&gt;
Cc: "Green, Amye" &lt;agreen@nmag.gov&gt;, Loretta Baca &lt;LBaca@nmag.gov&gt;, Colin Hunter &lt;colin@theblf.com&gt;, Steven Gonzales &lt;steven@theblf.com&gt;

Mr. Stern,

We agree to your request for a 15-day extension to respond to the Secretary's Motion for Judgment on the Pleadings. We also have the deadline for your response calendared for today, October 6th.

While we are on the subject of deadlines, we have not received your clients' initial disclosures, which were due last Friday, October 2, 2020. Please let me know as soon as possible when you intend to get those to us.

Also, please confirm that you were able to access the Secretary's initial disclosures via the link and password that I sent to you last Friday. As I explained in my email, the link will expire on October 30, 2020.

Thank you,

--Neil

> On Tue, Oct 6, 2020 at 9:00 AM Jordy Stern &lt;jordy@theblf.com&gt; wrote:
>> Dear Counsel,
>>
>> I'm writing to request a fifteen (15) day extension for filing Cowboys for Trump's Response to the Secretary of State's Motion for Judgment on the Pleadings.
>>
>> Is that extension agreeable to your office?
>>
>> Our calendar shows a due date for today. Mr. Hunter has been out of the office since last week.
>>
>>> On Thu, Sep 3, 2020 at 2:27 PM Green, Amye &lt;agreen@nmag.gov&gt; wrote:
>>>> Dear Counsel,
>>>>
>>>> The deadline for the Rule 26(f) conference is next Friday. Would you be available to meet and confer on Thursday, September 10th in the afternoon?
>>>>
>>>> Thank you,
>>>>
>>>> Amye G. Green
>>>> Assistant Attorney General
>>>> New Mexico Office of the Attorney General
>>>> 408 Galisteo St.
>>>> Santa Fe, NM 87501
>>>> Office: 505-490-4058
>>>> Fax: 505-490-4883

**CONFIDENTIALITY NOTICE:** The information in this e-mail and in any attachment may contain information that is legally privileged. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify sender at the New Mexico Attorney General's Office and delete this message. Thank-you

--

# Neil Bell
*<u>Assistant Attorney General - Litigation Division</u>*
**New Mexico Office of the Attorney General**
408 Galisteo St., Santa Fe, NM 87501
Office: 505-490-4859
Email: nbell@nmag.gov

**CONFIDENTIALITY NOTICE:** The information in this e-mail and in any attachment may contain information that is legally privileged. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify sender at the New Mexico Attorney General's Office and delete this message. Thank-you

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**COWBOYS FOR TRUMP, LLC,**
**KARYN K. GRIFFIN, form LLC**
**member Cowboys for Trump and in her**
**individual capacity, COUY GRIFFIN**
**as an LLC Member and in his individual**
**capacity,**

       **Plaintiffs,**

v.                                                       **Case No: 2:20-cv-00587-GJF/SMV**

**MAGGIE TOULOUSE OLIVER, in her**
**official capacity as Secretary of State of**
**New Mexico,**

       **Defendant.**

## ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSTION TO RESPOND

The Court hereby grants Plaintiff's request for an extension of time to respond to Defendant's Motion for Judgment on the Pleadings. The response shall be filed on or before October 21, 2020.

IT IS SO ORDERED.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*

3

Respectfully submitted,

The Barnett Law Firm, P.A.

*/s/ Jordy L. Stern*
Jordy L. Stern
Colin L. Hunter
1905 Wyoming Blvd. NE
Albuquerque, NM 87112
505-275-3200
jordy@theblf.com
colin@theblf.com

4