# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

COWBOYS FOR TRUMP, INC., et al.,

    Plaintiffs,

v.                                                                Civ. No. 20-587 GJF/SMV

MAGGIE TOULOUSE OLIVER,
in her official capacity as Secretary of State
of New Mexico,

    Defendant.

## ORDER QUASHING ORDER TO SHOW CAUSE

On October 15, 2020, the Court issued an Order to Show Cause [ECF 18] requiring Plaintiffs to show cause as to why their failure to serve a timely response to Defendant's Motion for Judgment on the Pleadings [ECF 14] should not constitute consent to grant the motion pursuant to District of New Mexico Local Rule 7.1(b). On October 21, 2020, Plaintiffs timely responded to the Court's Order. ECF 21.

The Court has reviewed Plaintiffs' response, accepts their representation that counsel for the parties agreed to extend Plaintiffs' deadline to file a response, and acknowledges that the failure to file a notice to that effect was inadvertent. Trusting that this disfavored sequence of events will be a one-time event, the Court will accept the filing of Plaintiffs' Response to Defendant's Motion for Judgment on the Pleadings [ECF 23].

Consequently, **IT IS ORDERED** that the Order to Show Cause is **QUASHED**. **IT IS FURTHER ORDERED** that Defendant shall have until **November 4, 2020**, to file her reply brief.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*