# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

COWBOYS FOR TRUMP, INC., et al.,

    Plaintiffs,

v.                                                            Civ. No. 20-587 GJF/SMV

MAGGIE TOULOUSE OLIVER,
*In her official capacity as Secretary of
State of New Mexico*,

    Defendants.

## ORDER SETTING HEARING

**IT IS ORDERED** that counsel for the parties shall appear before me via Zoom video conference for oral argument on Defendant's "Motion for Judgment on the Pleadings" [ECF 14] on **Wednesday, January 6, 2021, at 9:00 a.m. (MST)**. In an abundance of caution, the Court has set aside three hours for the hearing and directs counsel to do the same. The information necessary to access the video conference will be provided to counsel at a later date.

    **SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*