# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

COWBOYS FOR TRUMP, INC.,
et al.,

    Plaintiffs,

v.                                                             Civ. No. 20cv587 GJF/SMV

MAGGIE TOULOUSE OLIVER, *in
her official capacity as Secretary of State
of New Mexico*,

    Defendant.

## FINAL JUDGMENT

In its December 30, 2020, Memorandum and Opinion Order [ECF 28] dismissing the complaint without prejudice, the Court accorded Plaintiffs until January 15, 2021, in which to file an amended complaint if they so chose. No such amended complaint having been filed, the Court in accordance with Federal Rule of Civil Procedure 58(a) now enters this Final Judgment and orders this case **DISMISSED WITHOUT PREJUDICE**.

    **SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**